# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 855 |
| | : | |
| APPOINTMENT TO JUDICIAL | : | SUPREME COURT RULES DOCKET |
| CONDUCT BOARD | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 30th day of October, 2020, Andrew Masich, Ph.D.,* Allegheny County, is hereby appointed as a member of the Judicial Conduct Board for a term of four years, commencing November 7, 2020.

Chief Justice Saylor did not participate in this matter.

*Non-lawyer elector